United States District Court
Southern District of Texas
**ENTERED**
October 13, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| JEFFREY SPRIGGINS, § § Plaintiff, § VS. § § GALVESTON WATER CONTROL AND § IMPROVEMENT DISTRICT NO. 1, § § Defendant. § | CIVIL ACTION NO. 3:16-CV-155 |

## FINAL JUDGMENT

The Court has granted the Defendant's motion for summary judgment. Accordingly, judgment is hereby entered for the Defendant.

Costs shall be borne by the party incurring the same.

SIGNED at Galveston, Texas on October 13 2017.

*George C. Hanks*
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE